UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FREY, and MARY ELLEN FREY, : | |
| : | |
| Plaintiffs : | |
| : | NO. 3:CV-07-323 |
| -vs- : | |
| : | (Judge Kosik) |
| : | |
| STATE FARM FIRE & CASUALTY COMPANY, and KEVIN FREY, : | |
| : | |
| Defendants : | |

## **ORDER**

AND NOW, this 27th day of April, 2007, upon consideration of the Plaintiffs' Reply to the Co-Defendant, Kevin Frey's Motion to Dismiss, IT IS HEREBY ORDERED that the Motion is **DENIED.**[1] Defendant shall file an answer within twenty (20) days of the date of this Order.

*s/Edwin M. Kosik*
United States District Judge

---

[1] The case of *Weston v. Pennsylvania*, 251 F.3d 420, 428-29 (3d Cir. 2001), cites extensive authority regarding the pleading requirements under Fed.R.Civ.P. 8. Under notice pleading, a claimant is not required to set out in detail the facts upon which a claim is based. All that is required is adequate information as the basis for the claim. Discovery can provide more detailed basis.