UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE (✓) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL     ( ) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Tuesday, July 3, 2007 @ 10:00 a.m.

CASE NUMBER: 3:CV-07-323

CAPTION:     Frey v. State Farm

COUNSEL FOR PLAINTIFF:         Brian G. Price, Esquire
                                Patrick E. Dougherty, Esquire
                                Tammy Lee Clause, Esquire

COUNSEL FOR  DEFENDANT:         Gary A. Drakas, Esquire
                                Lee E. Ullman, Esquire
                                Neil F. MacDonald, Esquire

**CONFERENCE RESULTS:**

♦   Discovery to run until September 4, 2007;

♦   Experts, if any, to be provided by plaintiff by September 4th and the defense by September 28th;

♦   There will be time for summary judgment motions per our Standing Order, or such additional time which may be required.